Linda M. Brown, as Administratrix of the Estate of Wayne Brown, Deceased, Respondent, v State of New York, Appellant. (Claim No. 108961.) Linda M. Brown, Respondent, v State of New York, Appellant. (Claim No. 110037.) (Appeal No. 1.) [40 NYS3d 342]—Appeal from an order of the Court of Claims (Nicholas V. Midey, Jr., J.), entered July 20, 2015. The order directed a judgment pursuant to CPLR article 50-B.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988, 988 [1988]; *Chase Manhattan Bank, N.A. v Roberts & Roberts*, 63 AD2d 566, 567 [1978]; *see also* CPLR 5501 [a] [1]). Present—Whalen, P.J., Smith, Lindley, Troutman and Scudder, JJ.